# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | 78 MAP 2014 |
| EX REL. EDWARD M. MARSICO, JR., | : | |
| | : | Appeal from the Order of the Dauphin |
| Appellee | : | County Court of Common Pleas, Civil |
| | : | Division, at No. 2013 CV 9238 CV, dated |
| v. | : | 6/24/14 |
| | : | |
| | : | |
| | : | |
| JAY M. BRANDT, | : | |
| | : | |
| Appellant | : | |

## ORDER

**PER CURIAM**                                      **DECIDED:  February 17, 2015**

    **AND NOW**, this 17th day of February, 2015, the Order of the Dauphin County Court of Common Pleas is hereby **AFFIRMED**.